```
               IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

MICHELLE L. GILBERT,            )
                                )
    Plaintiff,                  )
                                )
        v.                      )  Civil Action No. 04-695
                                )  Judge Conti
FRATERNAL ORDER OF EAGLES,      )  Chief Magistrate Judge Caiazza
AERIE NUMBER 983 OF BROOKVILLE, )
PENNSYLVANIA,                   )
                                )
    Defendant.                  )

## ORDER

The Defendant shall file a response to the Plaintiff's Motion for Leave to File Motion for Partial Summary by **August 8, 2005.**

July 27, 2005                     s/Francis X. Caiazza
                                  Francis C. Caiazza
                                  Chief U.S. Magistrate Judge


cc:
James W. Carroll, Jr., Esq.
Rothman, Gordon, Foreman & Groudine
Grant Building
3rd Floor
Pittsburgh, PA 15219

James G. Seaman, Esq.
Eckert, Seamans, Cherin & Mellott
600 Grant Street
44th Floor
Pittsburgh, PA 15219

James W. Carroll, Jr., Esq.  
Rothman, Gordon, Foreman & Groudine  
Grant Building  
3rd Floor  
Pittsburgh, PA 15219

James G. Seaman, Esq.
Eckert, Seamans, Cherin & Mellott
600 Grant Street
44th Floor
Pittsburgh, PA 15219